Case 1:18-cv-04377-ARR-CLP   Document 19   Filed 02/27/19   Page 1 of 1 PageID #: 77

Case 1:18-cv-04377-ARR-CLP   Document 18   Filed 02/25/19   Page 1 of 1 PageID #: 76

RECEIVED 02/11/2019 19:01
6315438305

Feb 11 2019 4:45PM

P.2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHAMAPUN SRIMAHARAJA,
*individually and on behalf of others
similarly situated,*

                                *Plaintiff,*

                -against-

A.J. THAI INC. (D/B/A SARIN THAI),
ACHARA CHANGTRORALEKE
and PATCHAREE RUANGKONG,

                               *Defendants.*
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★   FEB 2 7 2019   ★

BROOKLYN OFFICE

Civil Action: 18-cv-4377
**STIPULATION OF DISMISSAL**

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed

with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court

without further notice to any party. This Court shall retain jurisdiction to enforce the parties' Settlement

Agreement.

Dated: _2/19/_, 2019

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: _____
Colin Mulholland, Esq.
*Attorneys for Plaintiffs*
50 East 42nd Street, Suite 4510
New York, NY 10165
(212) 317-1200

LAW OFFICE OF ALLEN B. BRESLOW

By: _____
Allen B. Breslow, Esq.
*Attorneys for Defendants*
6165 Jericho Turnpike
Commack, NY 11725
(631)-543-1191

SO ORDERED:
/s/(ARR)
_____